IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZUNILDA PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | NO. 19-2446 |

## O R D E R

AND NOW, this 27th day of April, 2020, for the reasons expressed in the Court's Opinion filed today, it is HEREBY:

ORDERED that the ALJ's Decision shall, and the same hereby is, REVERSED IN PART and the matter REMANDED to the ALJ for consideration of Perez's claim of mental illness.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/ Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE