# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZUNILDA MARIA PEREZ,  :  |  |
|         Plaintiff,  :  |  |
| : | |
| v.  : | Civ. No. 19-2446 |
| : | |
| ANDREW SAUL,  : | |
|         Defendant.  : | |

## JUDGMENT

**AND NOW**, this 18th day of December, 2020, after careful and independent review of Plaintiff's Complaint (Doc. No. 2), Defendant's Answer (Doc. No. 12), Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Doc. No. 13), Defendant's Response (Doc. No. 16), Magistrate Judge Hart's Report and Recommendation (Doc. No. 22), Defendant's Objections (Doc. No. 23) and Plaintiff's Objections (Doc. No. 26), it is hereby **ORDERED** that:

1. Defendant's Objections (Doc. No. 23) are **OVERRULED**;

2. Plaintiff's Objections (Doc. No. 26) are **OVERRULED**;

3. Plaintiff's Motion for Extension of Time to File Objections (Doc. No. 25) is **DENIED as moot**;

2. The Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 15) is **GRANTED IN PART**. The ALJ's Decision is **REVERSED IN PART** and the matter is **REMANDED** to the ALJ for consideration of Plaintiff's claim of mental illness; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**